IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. THOMAS,<br>　　　　Plaintiff<br><br>vs.<br><br>COUNTY OF ALLEGHENY,<br>PENNSYLVANIA; RAMON RUSTIN;<br>RAMON RUSTIN; CALVIN<br>LIGHTFOOT; FRED ROSEMEYER;<br>DAN ONORATO; DANA PHILLIPS,<br>　　　　Defendants | Civil Action No. 07-1328<br>Judge Gary L. Lancaster/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 28 day of July, 2009, after the Plaintiff, James A. Thomas, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until July 20, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the amended complaint [8] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

　　　　　　　　　　　　　　　　　　　GARY L. LANCASTER
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:    Honorable Amy Reynolds Hay
United States Magistrate Judge

James A. Thomas
#07754-068
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

All Counsel of Record by electronic filing